## Form 2
## Cash Receipts And Disbursements Record

Page. 1

| Case Number: | 07-12540 JPC | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | BRUNNER, ELIZABETH A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****05-65 - Money Market Account |
| Taxpayer ID #: | 38-6859456 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/09/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/21/08 | {4} | Elizabeth A. Brunner | Per order for turnover of vehicle value | 1129-000 | 5,000.00 | | 5,000.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.16 | | 5,000.16 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,000.16 | 0.00 | $5,000.16 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 5,000.16 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $5,000.16 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****05-65 | 5,000.16 | 0.00 | 5,000.16 |
| | $5,000.16 | $0.00 | $5,000.16 |



{} Asset reference(s)   Printed: 09/09/2008 11:42 AM   V 10.54