**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **BRUNNER, ELIZABETH A.** | ) | |
| | ) | **CASE NO. 07 B 12540** |
| | ) | |
| | ) | **JUDGE JACQUELINE P. COX** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

>     At:  U.S. BANKRUPTCY COURT
>          219 South Dearborn, Courtroom 619
>          Chicago, Illinois 60604
>
>     on:  **November 6, 2008**
>     at:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                         $      5,000.16

   b. Disbursements                                    $          0.00

   c. Net Cash Available for Distribution$    5,000.16

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,250.02 | $ |
| Trustee | $ 0.00 | $ | $ 155.30 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $25,350.34, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $14.18%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank | $ 3,185.02 | $ 451.66 |
| 2 | Chase Bank USA | $ 8,548.87 | $ 1,212.28 |
| 3 | Chase Bank USA | $ 640.01 | $ 90.76 |
| 4 | Chase Bank USA,N.A | $ 1,145.00 | $ 162.37 |
| 5 | LVNV Funding LLC its successors and assigns as Citibank Resurgent Capital Services | $ 6,388.13 | $ 905.88 |
| 6 | LVNV Funding LLC its successors and assigns as Citibank Resurgent Capital Services | $ 5,185.61 | $ 735.35 |
| 7 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA/HSBC Card Services III | $ 257.70 | $ 36.54 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **November 6, 2008**          For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the United States Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Oct 06, 2008
Case: 07-12540                Form ID: pdf002             Total Served: 31


The following entities were served by first class mail on Oct 08, 2008.
 db          +Elizabeth A. Brunner,    1001 E. Capri Drive,    Palatine, IL 60074-1231
 aty          Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
 tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11479116     +Advantage Ambulance,    Post Office Box 1143,    Bedford Park, IL 60499-1143
11479117      Bank of America,    Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
11479120     +CB USA Sears,    Post Office Box 6189,    Sioux Falls, SD 57117-6189
11479118      Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
11479119      Carson Pirie Scott,    Post Office Box 17633,    Baltimore, MD 21297-1633
11479121     +Chadwick’s of Boston,    One Chadwick Place, Box 4400,    Taunton, MA 02783-0001
11812370     +Chase Bank USA,    c o Weinstein and Riley, PS,    2001 Western Ave Ste #400,
               Seattle, WA 98121-3132
11898183     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11479122      Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
11479123      Citicard,    Post Office Box 6077,    Sioux Falls, SD 57117-6077
11479124      Fashion Bug,    Post Office Box 84073,    Columbus, GA 31908-4073
11479125     +GPS Surgical Assoc.,    520 E. 22nd Street,    Lombard, IL 60148-6110
11479126      Jessica London,    WFNNB-London,    Post Office Box 659728,    San Antonio, TX 78265-9728
11479127      Kohls,    Post Office Box 2983,    Milwaukee, WI 53201-2983
11479128     +Lane Bryant,    Post Office Box 659562,    San Antonio, TX 78265-9562
11479129     +Michael G. Toto, DDS,    124 S. Northwest Highway,    Palatine, IL 60074-6233
11479130      Newport News,    Post Office Box 5811,    Hicksville, NY 11802-5811
11479131     +Northwest Community Hospital,    800 West Central Road,    Arlington Heights, IL 60005-2392
11479132     +Northwest Radiology Assoc.,    520 East 22nd Street,    Lombard, Illinios 60148-6110
11479133     +Northwest Radiology Assoc.,    c/o KCA Financial Services,    Post Office Box 53,
               Geneva, IL 60134-0053
11479134      Orchard Bank,    Post Office Box 17051,    Balitmore, MD 21297-1051
11479135     +Roaman’s,    Post Office Box 659728,    San Antonio, TX 78265-9728
11479136      Target National Bank,    Post Office Box 59317,    Minneapolis, MN 55459-0317
11805832      Target National Bank,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11479137      United Cardmember Service,    Post Office Box 15153,    Wilmington, DE 19886-5153
11479138      Wellington Radiology Group,    39006 Treasury Center,    Chicago, IL 60694-9000
11960285      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC,    Card Services III,
               POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Oct 07, 2008.
11949837      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2008**          **Signature:** _Joseph Speetjens_