**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: Elizabeth Brunner | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | CASE No. 07-12540 |
| | ) | |
| | ) | HONORABLE Jacqueline P. Cox |
| Debtor(s) | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:  THE HONORABLE   JACQUELINE P. COX,
     BANKRUPTCY JUDGE

   Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

   All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:  February 6, 2009                              /s/ David P. Leibowitz
                                                      DAVID P. LEIBOWITZ, TRUSTEE